UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACRYSTAL DAVIS, TODD GOSS, STEPHEN VACCARO, TYREE CALDWELL, ZACHARY ROHRS, and JAMES DEKOSTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>Defendant. | Case No. 3:25-CV-07818<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**<br>(CIVIL LOCAL RULE 11-3) |

I, Tiana Demas, an active member in good standing of the bars of Illinois (6348680)[1] and New York (4210472), hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Roblox Corporation ("Roblox") in the above-entitled action. My local co-counsel in this case is Kyle C. Wong, an attorney with Cooley LLP who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CA 224021.

| | |
|---|---|
| 110 N. Wacker Dr., Ste. 4200<br>Chicago, IL 60606<br>MY ADDRESS OF RECORD | 3 Embarcadero Center, 20th Flr, San Francisco, CA 94111<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 1-312-481-6500<br>MY TELEPHONE# OF RECORD | 1-415-693-2000<br>LOCAL CO-COUNSEL'S TELEPHONE# OF RECORD |
| tdemas@cooley.com<br>MY EMAIL ADDRESS OF RECORD | kwong@cooley.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar numbers are: Illinois (6348680) and New York (4210472).

A true and correct copy of a certificate of good standing or equivalent official document

---
[1] For the avoidance of doubt, I was admitted in Illinois in 2024 under my married name: Tiana Demas Corum. My New York admission, from 2003, is under my maiden name, Tiana Angelique Demas. I am in the process of changing my New York attorney registration to my married name.

1 from said bar is attached to this application.

2     I have been granted pro hac vice admission by the Court two times in the 12 months preceding this application.

4     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 6, 2025            */s/Tiana Demas*
                                        Tiana Demas

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tiana Demas is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 10, 2025

_____
UNITED STATES MAGISTRATE JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Tiana Demas Corum

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/2024 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 7th day of August, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois